UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61284-CIV-COHN/SELTZER

MICHAEL KAYE,

     Plaintiff,

v.

FOUNTAINE PAJOT, S.A.
and WILLMAR USA, INC.,

     Defendants.

                          /

**DEFENDANT FOUNTAINE PAJOT, S.A.'S UNOPPOSED MOTION FOR PERMISSION TO SUPPLEMENT ITS OCTOBER 22, 2007 MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT**

Defendant, FOUNTAINE PAJOT, S.A., by and through undersigned counsel, hereby files its Unopposed Motion for Permission to Supplement its October 22, 2007 Motion to Dismiss and Memorandum of Law in Support, and states as follows:

1.     This is an action brought by MICHAEL KAYE ("Mr. Kaye" or "the Plaintiff") against FOUNTAINE PAJOT, S.A. ("Fountaine"), the French manufacturer of a catamaran purchased by Mr. Kaye [DE 1]. The Plaintiff has also brought this action against WILLMAR USA, INC. ("Willmar"), the Ft. Lauderdale, Florida based company that sold the catamaran at issue to Mr. Kaye.

2.     On October 22, 2007, Fountaine served and filed a Motion to Dismiss and Memorandum of Law [DE 18]. In the Motion to Dismiss, Fountaine argued jurisdictional and substantive arguments for dismissal of this action from this Court.

3.     Subsequent to filing its Motion to Dismiss, the undersigned did additional research to support the Motion to Dismiss as it relates to the issue of jurisdiction and seeks leave to provide the additional legal authority to the Court so that the Court can make an informed decision based on all available law. The undersigned will file the additional supplement on or before Friday, October

26, 2007.

4. Federal Rule of Civil Procedure 15(d) provides:

**(d) Supplemental Pleadings.** Upon motion of a party the court may, upon reasonable notice and upon such terms as are just, permit the party to serve a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented. Permission may be granted even though the original pleading is defective in its statement of a claim for relief or defense. If the court deems it advisable that the adverse party plead to the supplemental pleading, it shall so order, specifying the time therefor.

Fountaine acknowledges that it is seeking to supplement its Motion to Dismiss, and not a pleading. However, Fountaine believes that Rule 15(d) should be applied here, where it is seeking to supplement its Motion to Dismiss upon reasonable notice and just terms.

5. Pursuant to Local Rule 7.1(A)(3), the undersigned has contacted Plaintiff's counsel and has been authorized to represent that the Plaintiff does not object to the relief requested in this Motion.

6. A proposed Order granting the relief requested is attached to this Motion as Exhibit A.

WHEREFORE, Fountaine respectfully requests that this Court grant it permission to supplement its Motion to Dismiss and Memorandum of Law on or before Friday, October 26, 2007, as set forth above, and grant such further relief as the Court deems just and proper.

## LOCAL RULE 7.1 CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1, undersigned counsel hereby certifies that he has conferred with Plaintiff's counsel and Plaintiff's counsel does not object to the relief sought in this Motion.

I HEREBY CERTIFY that on the **24th** day of October, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on FARRIS J. MARTIN, III, ESQ., Counsel for Plaintiff, 119 Southeast 12th

Street, Fort Lauderdale, FL 33316; KURT BOSSHARDT, ESQ., Counsel for Defendant, Willmar, 1600 Southeast 17th Street, Suite 405, Fort Lauderdale, FL 33316; and JEFF W. MILLER, ESQ., Counsel for Defendant, Willmar, 1600 Southeast 17th Street, Suite 405, Fort Lauderdale, FL 33316, via transmission of Notices of Electronic Filing generated by CM/ECF.

> BUNNELL WOULFE KIRSCHBAUM KELLER
> McINTYRE GREGOIRE & KLEIN P.A.
> Counsel for Defendant Fountaine Pajot, S.A.
> One Financial Plaza, Suite 900
> 100 Southeast Third Avenue
> Fort Lauderdale, FL 33394
> Telephone: (954) 761-8600
> Facsimile: (954) 525-2134
> email: ddk@bunnellwoulfe.com
> email: all@bunnellwoulfe.com
>
> By:   s/Alan L. Landsberg
>          D. David Keller
>          Fla. Bar No. 288799
>          Alan L. Landsberg
>          Fla. Bar No. 238635