UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61284-CIV-COHN/SELTZER

BLUEWATER TRADING LLC,
a/k/a BLUE WATER TRADING LLC,
a Delaware Limited Liability Company

      Plaintiff,

v.

FOUNTAINE PAJOT, S.A.
and WILLMAR USA, INC.,

      Defendants.

_____/

**DEFENDANT, FOUNTAINE PAJOT, S.A.'S, MOTION TO DISMISS PLAINTIFF,
BLUEWATER TRADING LLC'S, AMENDED COMPLAINT**

Defendant, FOUNTAINE PAJOT, S.A. ("FOUNTAINE"), by and through its undersigned counsel, hereby files this Motion to Dismiss Plaintiff, BLUEWATER TRADING LLC's ("BLUEWATER"), Amended Complaint and states as follows:

1.      FOUNTAINE hereby adopts and incorporates by reference its previously filed Motion to Dismiss [DE 18] against former plaintiff, MICHAEL KAYE, and reasserts these grounds for dismissal against substituted plaintiff, BLUEWATER.

2.      Additionally, in paragraph 14 of BLUEWATER's Amended Complaint, BLUEWATER alleges FOUNTAINE designated WILLMAR USA, INC. as its "agent to provide and/or arrange warranty service and/or repairs for Fountaine Pajot vessels." Amended Complaint, ¶ 14.

3.      BLUEWATER may not claim warranty services as a basis for an agency relationship between FOUNTAINE and WILLMAR USA, INC. The Contract for Sale, signed by Michael Kaye

on behalf of BLUEWATER, expressly disclaims an agency relationship between WILLMAR USA, INC. and FOUNTAINE PAJOT for warranty services. The Contract for Sale states, "that WILLMAR USA, INC. is "not an agent of the manufacturer(s) for warranty purposes even if dealer completes or attempts to complete repairs for the manufacturer(s). . . ." Amended Complaint, Exhibit 1, ¶ 10 (emphasis added). Typically, if the party seeking to establish an agency relationship is not a party to the agreement among the alleged agent and principal, the express disclaimer of agency is not determinative. *In re Shulman Transport Enter., Inc.*, 744 F.2d 293, 295 (2d Cir.1984) ("[W]here the public interests or the rights of third parties are involved, the relationship between contracting parties must be determined by its real character rather than by the form and color that the parties have given it.") However, in this instance, the party seeking to establish agency signed an agreement expressly disclaiming the alleged principal-agent relationship as a condition of sale. As a result, BLUEWATER cannot establish WILLMAR USA, INC. as an agent of FOUNTAINE for warranty purposes. *See Children's Broadcasting Corp. v. Walt Disney Co.*, 245 F.3d 1008, 1022 (8th Cir. 2001) (citing, *Board of Trade v. Hammond Elevator Co.*, 198 U.S. 424, 437 (1905) is support of the court's holding that an express disclaimer of a principal-agent relationship would be decisive between the parties involved in the disclaimer). Any other conclusion would render the language of the agreement meaningless. If there is no agency relationship between WILLMAR USA, INC. and FOUNTAINE, the warranty services performed by WILLMAR USA, INC. cannot form grounds for personal jurisdiction over FOUNTAINE.

3.     In light of the foregoing, FOUNTAINE PAJOT, S.A. respectfully requests that this Court enter an Order Granting this Motion to Dismiss Plaintiff's Amended Complaint because of insufficiency of service of process, lack of personal jurisdiction, improper forum under the parties' agreement, and other enumerated substantive grounds and for such other and further relief as this

court deems just and proper.

I HEREBY CERTIFY that on the 17th day of January, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on FARRIS J. MARTIN, III, ESQ., Counsel for Plaintiff, 119 Southeast 12th Street, Fort Lauderdale, FL 33316; KURT BOSSHARDT, ESQ., Counsel for Defendant, Willmar, 1600 Southeast 17th Street, Suite 405, Fort Lauderdale, FL 33316; and JEFF W. MILLER, ESQ., Counsel for Defendant, Willmar, 1600 Southeast 17th Street, Suite 405, Fort Lauderdale, FL 33316, via transmission of Notices of Electronic Filing generated by CM/ECF.

BUNNELL WOULFE KIRSCHBAUM KELLER
McINTYRE GREGOIRE & KLEIN P.A.
Counsel for Defendant Fountaine Pajot, S.A.
One Financial Plaza, Suite 900
100 Southeast Third Avenue
Fort Lauderdale, FL 33394
Telephone: (954) 761-8600
Facsimile: (954) 525-2134
email: ddk@bunnellwoulfe.com
email: all@bunnellwoulfe.com

By:   s/Alan L. Landsberg
        D. David Keller
        Fla. Bar No. 288799
        Alan L. Landsberg
        Fla. Bar No. 238635